AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

| | Case Number: | CR 06-4098-1-MWB |
| **JOSHUA AUSTIN LARSEN** | USM Number: | 03389-029 |
| | R. Scott Rhinehart | |
| | Defendant's Attorney | |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  **1 a-c, 2 a-b, 3, 4 a-c, 5 a-c, 6**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 a-c | Failure to Comply with Substance Abuse Counseling and Drug Testing | February 14, 2010 |
| 2 a-b | New Law Violations | January 29, 2010 |
| 3 | Failure to Comply with Electronic Monitoring | July 8, 2009 |
| 4 a-c | Failure to Comply with Remote Alcohol Monitoring | February 18, 2010 |
| 5 a-c | Use of Alcohol and Frequenting Bars | April 14, 2010 |
| 6 | Use of Illegal Drugs | February 22, 2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 26, 2010
Date of Imposition of Judgment

Signature of Judge

Mark W. Bennett, U.S. District Court Judge
Name and Title of Judge

4/26/2010
Date

DEFENDANT: **JOSHUA AUSTIN LARSEN**
CASE NUMBER: **CR 06-4098-1-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **12 months and one day.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

DEFENDANT: **JOSHUA AUSTIN LARSEN**
CASE NUMBER: **CR 06-4098-1-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **No supervised release shall be reimposed**.